UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 8:24-02811 ADS                                         Date: June 30, 2025

Title: *Victoria Pichkurova v. Los Angeles Asylum Office, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING SANCTIONS**

On February 26, 2025, the Court entered the Scheduling Order in this case. (Dkt. No. 17.) The Scheduling Order set Defendants' deadline to file the Certified Administrative Record ("CAR") either with Defendants' answer or within 28 days of the denial of a motion to dismiss. (Id.) The Court denied Defendants' Motion to Dismiss on May 7, 2025. (Dkt. No. 22.) Defendants filed their Answer on May 22, 2025, without filing the CAR. (Dkt. No. 23.) To date, Defendants have not filed a CAR.

Defendants are ORDERED TO SHOW CAUSE why they should not be sanctioned for failing to follow Court orders, by filing a written response no later than **July 14, 2025**. The filing of the CAR will discharge this OSC.

The Court sets an in-person hearing for July 29, 2025, at 10:00 a.m. in Courtroom 6B at the Ronald Regan Federal Building and United States Courthouse, 411 W 4th Street, Santa Ana, CA 92701. Plaintiff's counsel need not appear.

**IT IS SO ORDERED.**

Initials of Clerk kh