JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VICTORIA PICHKUROVA, | Case No. 8:24-02811 ADS |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES ASYLUM OFFICE, et al., | |
| Defendants. | |

Pursuant to the Court's Memorandum Opinion and Order (Dkt. No. 34), the Court adjudges the above-captioned case dismissed in its entirety.

DATED: December 23, 2025

                                          /s/ Autumn D. Spaeth
                                     THE HONORABLE AUTUMN D. SPAETH
                                     United States Magistrate Judge